# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ESTATE OF EDMUND D. SIMON, ESTATE   :   No. 51 EM 2022
OF MARJORIE P. SIMON ESTATE OF   :
ETHEL SIMON, PATRICIA SIMON,   :
EXECUTRIX AND AISHA BRADLEY   :
  :
  :
  :
                v.   :
  :
  :
CITY OF PHILADELPHIA AND   :
FAIRMOUNT PARK SUMMIT PARK EAST   :
GENERAL PARTNERSHIP UNIVERSITY   :
CITY HOUSING COMPANY   :
  :
  :
PETITION OF: PATRICIA SIMON AND   :
AISHA BRADLEY   :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 4th day of November, 2022, the Application to Exceed the Word Count is DENIED. Petitioners are allotted 15 days in which to file a perfected Petition for Allowance of Appeal. No extensions will be granted absent exceptional circumstances.